# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**RICHARD MAZUREK,**

          **Plaintiff,**

      v.                                               Case No. 17-CV-1439

**METALCRAFT OF MAYVILLE, INC.,**

          **Defendant.**

---

## SCHEDULING ORDER

On December 19, 2017, the court conducted a telephonic scheduling conference pursuant to Fed. R. Civ. P. 16. Appearing on behalf of the plaintiff was Attorney Larry A. Johnson and on behalf of the defendant was Attorney Keith E. Kopplin.

**IT IS HEREBY ORDERED,**

1. The parties shall make their initial disclosures to the opposing party in accordance Fed. R. Civ. P. 26(a) no later than **January 12, 2018**.

2. The parties may join other parties and amend the pleadings without leave of court no later than **February 16, 2018**.

3. Plaintiff shall file his motion for conditional certification pursuant to 29 U.S.C. § 216(b) by **February 16, 2018**.

4. Plaintiff shall file his motion for Rule 23 class certification and defendant shall file its motion to decertify any conditionally certified class by **October 5, 2018**.

5. The plaintiff shall disclose expert witnesses in accordance with Civil L.R. 26(b) no later than **October 26, 2018**.

6. The defendant shall disclose expert witnesses in accordance with Civil L.R. 26(b) no later than **November 23, 2018**.

7. The party asserting a claim of privilege or protection of trial-preparation materials must submit a privilege log to the opposing party contemporaneously with discovery responses and production. Such privilege logs shall contain the following information for each document for which a claims is asserted: date of creation, name(s) of the person(s) who created, name(s) of the person(s) who received the document, the basis for the asserted privilege, name(s) of the other person(s) with knowledge of the document, the basis of the other person(s) knowledge of the document, and the date on which such other person(s) obtained knowledge of the document.

8. All discovery is to be completed by **March 29, 2019**. Pursuant to Civil Local Rule 26(c), depositions to preserve testimony for trial, so-called "trial depositions," are to be completed by this date. Boilerplate objections to

discovery requests are not to be used. In the event a responding party has an objection to a particular discovery request, the objection is to be stated with specificity. The response should also indicate whether some or all of the requested information or documents are NOT being produced on the basis of an objection.

9. All motions for summary judgment together with the moving party's principal materials in support of the motion are to be filed in accordance with Civil L.R. 56 no later than **April 26, 2019**.

10. All motions under *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993), or otherwise challenging an opposing party's expert witness shall be filed no later than **April 26, 2019**.

11. The court will schedule a telephonic scheduling conference to discuss further scheduling if no summary judgment motions are filed or if resolution of the summary judgment motions does not dispose of the case in its entirety.

Dated at Milwaukee, Wisconsin this 19th day of December, 2017.

WILLIAM E. DUFFIN
U.S. Magistrate Judge