# CONSENT TO JOIN LAWSUIT

I hereby consent to make a claim against Metalcraft of Mayville, Inc., and to join the FLSA Collective Class, for unpaid wages including overtime compensation under the Fair Labor Standards Act in Case Number E.D. Wis. 2:17-cv-01439-WED.

I hereby authorize the filing, prosecution, and settlement of this Fair Labor Standards Act action in my name and hereby designate the Named Plaintiff, Richard Mazurek, to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_____
Signature
**John R Ebert**

3-28-18
_____
Date

Fax, Mail or Email to:

Hawks Quindel, S.C.
Attn: Larry A. Johnson
PO Box 442
Milwaukee, Wisconsin 53201-0442
Fax: (414) 271-8442
Telephone: (414) 271-8650
Email: ljohnson@hq-law.com
www.hq-law.com

Page 7