UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

RICHARD MAZUREK,
        Plaintiff,                                       Case No. 17-cv-1439-bhl
   v.
METALCRAFT OF MAYVILLE INC,
        Defendant.

---

BRIAN STEGER,
        Plaintiff,                                       Case No. 20-cv-0435-bhl
   v.
METALCRAFT OF MAYVILLE INC,
        Defendant.

---

CARY CYNOR,
        Plaintiff,                                       Case No. 20-cv-0436-bhl
   v.
METALCRAFT OF MAYVILLE INC,
        Defendant.

---

JEFFREY ANDERS,
        Plaintiff,                                       Case No. 20-cv-0438-bhl
   v.
METALCRAFT OF MAYVILLE INC,
        Defendant.

---

BRENDA REINHARDT,
        Plaintiff,                                       Case No. 20-cv-0439-bhl
   v.
METALCRAFT OF MAYVILLE INC,
        Defendant.

---

DANIEL HOMAN,
        Plaintiff,                                       Case No. 20-cv-0440-bhl
   v.
METALCRAFT OF MAYVILLE INC,
        Defendant.

---

GORDON WEBSTER,
    Plaintiff,            Case No. 20-cv-0441-bhl
 v.
METALCRAFT OF MAYVILLE INC,
    Defendant.

---

KIMBERLY PUCEK,
    Plaintiff,            Case No. 20-cv-0443-bhl
 v.
METALCRAFT OF MAYVILLE INC,
    Defendant.

---

WILLIAM SIAS,
    Plaintiff,            Case No. 20-cv-0447-bhl
 v.
METALCRAFT OF MAYVILLE INC.
    Defendant.

---

KATHYLENE NEWMAN,
    Plaintiff,            Case No. 20-cv-0448-bhl
 v.
METALCRAFT OF MAYVILLE INC,
    Defendant.

---

ANNE STEGER,
    Plaintiff,            Case No. 20-cv-0449-bhl
 v.
METALCRAFT OF MAYVILLE INC,
    Defendant.

---

NORBERT HANNI,
    Plaintiff,            Case No. 20-cv-0451-bhl
 v.
METALCRAFT OF MAYVILLE INC,
    Defendant.

---

CASEY LAMBERG,
    Plaintiff,            Case No. 20-cv-0452-bhl
 v.
METALCRAFT OF MAYVILLE INC,
    Defendant.

---

JOHN FARINA,
        Plaintiff,        Case No. 20-cv-0454-bhl
  v.
METALCRAFT OF MAYVILLE INC,
        Defendant.

---

DAVID BARTELS,
        Plaintiff,        Case No. 20-cv-0455-bhl
  v.
METALCRAFT OF MAYVILLE INC,
        Defendant.

---

RONALD KRETSCHMER,
        Plaintiff,        Case No. 20-cv-0490-bhl
  v.
METALCRAFT OF MAYVILLE INC,
        Defendant.

---

## ORDER AND NOTICE OF HEARING

On April 15, 2021, plaintiffs in the above-captioned cases filed expedited motions to amend the scheduling orders. Plaintiffs complain that the defendant has delayed the discovery process such that a 120-day extension of the deadlines for discovery and dispositive motions is warranted. On April 22, defendant responded, opposing the motion and arguing that plaintiffs' counsel's lack of diligence is to blame for delayed discovery. The Court will set a hearing on the motion to resolve the dispute. Prior to the hearing, the Court will require the parties to identify the specific discovery items that remain outstanding and the time needed to complete these items. Accordingly,

**IT IS HEREBY ORDERED:**

1. Plaintiffs shall submit a complete list of all outstanding discovery items in each case, including specific individual depositions, specific unproduced documents, and specific unanswered interrogatories, by **Wednesday, April 28, 2021** at **5:00 p.m.**

2. Defendant shall submit a response to plaintiffs' list of outstanding discovery items, including an indication of when it will comply in full with each request, by **Thursday, April 29, 2021** at **5:00 p.m.**

3. A hearing on plaintiffs' expedited motions to amend the scheduling order will be held on **Friday, April 30, 2021** at **10:00 a.m.** by telephone. To appear by telephone, call the Court's conference line at 1-866-434-5269 and enter access code 1737450# before the scheduled hearing time.

Dated at Milwaukee, Wisconsin on April 23, 2021.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge