UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

RICHARD MAZUREK,
              Plaintiff,                                             Case No. 17-cv-1439-bhl
   v.
METALCRAFT OF MAYVILLE INC,
              Defendant.

---

BRIAN STEGER,
              Plaintiff,                                             Case No. 20-cv-0435-bhl
   v.
METALCRAFT OF MAYVILLE INC,
              Defendant.

---

CARY CYNOR,
              Plaintiff,                                             Case No. 20-cv-0436-bhl
   v.
METALCRAFT OF MAYVILLE INC,
              Defendant.

---

JEFFREY ANDERS,
              Plaintiff,                                             Case No. 20-cv-0438-bhl
   v.
METALCRAFT OF MAYVILLE INC,
              Defendant.

---

BRENDA REINHARDT,
              Plaintiff,                                             Case No. 20-cv-0439-bhl
   v.
METALCRAFT OF MAYVILLE INC,
              Defendant.

---

DANIEL HOMAN,
              Plaintiff,                                             Case No. 20-cv-0440-bhl
   v.
METALCRAFT OF MAYVILLE INC,
              Defendant.

---

GORDON WEBSTER,
        Plaintiff,                                  Case No. 20-cv-0441-bhl
   v.
METALCRAFT OF MAYVILLE INC,
        Defendant.
_____

KIMBERLY PUCEK,
        Plaintiff,                                  Case No. 20-cv-0443-bhl
   v.
METALCRAFT OF MAYVILLE INC,
        Defendant.
_____

WILLIAM SIAS,
        Plaintiff,                                  Case No. 20-cv-0447-bhl
   v.
METALCRAFT OF MAYVILLE INC.
        Defendant.
_____

KATHYLENE NEWMAN,
        Plaintiff,                                  Case No. 20-cv-0448-bhl
   v.
METALCRAFT OF MAYVILLE INC,
        Defendant.
_____

ANNE STEGER,
        Plaintiff,                                  Case No. 20-cv-0449-bhl
   v.
METALCRAFT OF MAYVILLE INC,
        Defendant.
_____

NORBERT HANNI,
        Plaintiff,                                  Case No. 20-cv-0451-bhl
   v.
METALCRAFT OF MAYVILLE INC,
        Defendant.
_____

| | |
|---|---|
| CASEY LAMBERG,<br>        Plaintiff,<br>   v.<br>METALCRAFT OF MAYVILLE INC,<br>        Defendant. | Case No. 20-cv-0452-bhl |

---

| | |
|---|---|
| JOHN FARINA,<br>        Plaintiff,<br>   v.<br>METALCRAFT OF MAYVILLE INC,<br>        Defendant. | Case No. 20-cv-0454-bhl |

---

| | |
|---|---|
| DAVID BARTELS,<br>        Plaintiff,<br>   v.<br>METALCRAFT OF MAYVILLE INC,<br>        Defendant. | Case No. 20-cv-0455-bhl |

---

| | |
|---|---|
| RONALD KRETSCHMER,<br>        Plaintiff,<br>   v.<br>METALCRAFT OF MAYVILLE INC,<br>        Defendant. | Case No. 20-cv-0490-bhl |

---

## ORDER

On April 23, 2021, the Court ordered supplemental filings on plaintiffs' expedited motions to amend the scheduling orders. The plaintiffs and defendant timely responded. Based on the parties' filings, the Court grants plaintiffs' motions in part, denies them in part, and cancels the previously scheduled April 30, 2021 telephonic hearing on the motion. Accordingly,

**IT IS HEREBY ORDERED**:

1. Plaintiffs' expedited motions to amend the scheduling order are **GRANTED IN PART and DENIED IN PART**.
2. The April 30, 2021 10:00 a.m. motion hearing is canceled.
3. Plaintiffs must serve notices of deposition for the remaining 20 individuals identified in their April 28 filing, on or before **May 7, 2021**. Defendant must honor any notice of

deposition properly and timely served. The parties shall abide by their agreed schedule for depositions already noticed, subject to any changes mutually agreed upon. The Court expects counsel to cooperate in adjusting the schedule as needed to accommodate the schedules of counsel or the witnesses.

4. Defendant must respond to plaintiffs' April 28, 2021 request regarding payroll reports no later than **May 28, 2021**.

5. All fact discovery must be completed no later than **July 2, 2021**. Discovery requests must be served sufficiently in advance of this deadline that timely responses are due before the deadline expires.

6. Plaintiffs' amended interrogatory responses regarding their calculation of damages must be served no later than **July 16, 2021**.

7. In accordance with Fed. R. Civ. P. 26, plaintiffs' expert witness reports are due on or before **July 16, 2021**, and defendant's expert witness reports are due on or before **August 16, 2021**. These documents are to be exchanged between the parties and are not to be filed with the Court.

8. Motions for summary judgment must be served and filed on or before **August 27, 2021**.

Dated at Milwaukee, Wisconsin on April 30, 2021.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge
