UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RICHARD MAZUREK, et al, | Case Nos. 17-cv-1439-bhl; |
| | 20-cv-0435-bhl; 20-cv-0436-bhl; |
| Plaintiffs, | 20-cv-0438-bhl; 20-cv-0439-bhl; |
| | 20-cv-0440-bhl; 20-cv-0441-bhl; |
| v. | 20-cv-0443-bhl; 20-cv-0447-bhl; |
| | 20-cv-0448-bhl; 20-cv-0449-bhl; |
| METALCRAFT OF MAYVILLE INC, | 20-cv-0451-bhl; 20-cv-0452-bhl; |
| | 20-cv-0454-bhl; 20-cv-0455-bhl; |
| Defendant. | 20-cv-0490-bhl |

## CONSOLIDATION ORDER

On June 3, 2021, the Court *sua sponte* consolidated the above-captioned cases for the limited purpose of discovery. Pending further order of the Court, the parties are directed to file any further motions or other filings in the lowest-numbered case, Mazurek v. Metalcraft of Mayville Inc, 2:17-cv-01439-BHL, using this Order's caption. Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned cases are consolidated for a limited purpose until August 27, 2021.

Dated at Milwaukee, Wisconsin on June 3, 2021.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge