# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Richard Mazurek *Plaintiff* v. Metalcraft of Mayville, Inc. *Defendant* | Civil Action No. 17-cv-1439-bhl |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant Metalcraft of Mayville, Inc.'s motion for summary judgment is granted, and the case is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Brett H. Ludwig  on a motion for summary judgment.

Date:  December 16, 2021

*CLERK OF COURT*

s/ *Melissa P.*
*Signature of Clerk or Deputy Clerk*